132 A.3d 454

Sean Lavelle BARLEY, Appellant

v.

Wayne J. GAVIN and Pennsylvania Board of Probation and Parole, Appellees.

Supreme Court of Pennsylvania.

Feb. 16, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of February 2016, the Order of the Commonwealth Court is **AFFIRMED.**

Justice EAKIN did not participate in the consideration or decision of this matter.